SIDNEY GOODMAN, Appellant, v. MARCOL, INC., Respondent.— Judgment affirmed, with costs. No opinion. Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Young, J., dissent upon the ground that there was a question of fact for the jury as to the good faith of defendant in withdrawing plaintiff's authority.

THOMAS P. HALL, Respondent, v. NASSAU CONSUMERS ICE COMPANY, Appellant. — Judgment unanimously affirmed, with costs. Defendant's voluntary dissolution in 1928, the failure to pay interest on the bonds, and the failure to call by lot for the retirement of a proportion of the bonds in 1930 and 1931, without explanation or proof of the present status of the defendant or of its ability ever to meet its obligations on these bonds, justify the finding that there were here such a voluntary affirmative act and deliberate omissions as rendered performance of its contractual obligation impossible, and that there was a complete repudiation and renunciation of its promise to pay. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

AUDREY P. HINTON, Appellant, v. GUERDON S. HINTON, Respondent.— Order denying plaintiff's motion to punish the defendant for contempt modified by granting plaintiff permission to renew unless the defendant, beginning with the 1st day of February, 1932, pay to the plaintiff sixty-five dollars a month, with the further leave to the plaintiff to renew the motion to punish the defendant for contempt for failure to pay all arrears at any time upon furnishing proof that the earning capacity of the defendant is greater than that stated by him in his affidavit submitted in opposition to the motion, and as so modified affirmed, with ten dollars costs and disbursements to be paid by the defendant to the plaintiff. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.